# HANSKI PARTNERS LLC

4 INTERNATIONAL DRIVE, SUITE 110
RYE BROOK, NY 10573
PHONE: 212.248.7400

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/24/2026___

April 23, 2026

## MEMO ENDORSED

*Via ECF*
The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *First Request for Adjournment of Initial Pretrial Conference and Pre-Conference Filings*
          *Elizabeth Valdez v. RSL 1590-1592 First LLC et al; 1:25-cv-10676-VEC*

Dear Judge Caproni:

        This firm represents Plaintiff Elizabeth Valdez in the above-captioned action. We write to respectfully request that the Court adjourn the initial pretrial conference scheduled for May 1, 2026 by four weeks, and correspondingly extend by four weeks the deadline to submit a joint letter and proposed Civil Case Management Plan and Scheduling Order.

        This request is made because the defendants have not yet appeared in the action. Plaintiff is actively taking steps to secure defendants' appearance so that the parties may comply with the Court's pre-conference requirements.

        This is Plaintiff's first request for an adjournment of the conference and related deadlines.

        We thank the Court for its time and consideration of this application.

Respectfully,

/s/
Robert G. Hanski, Esq.

Application DENIED.  The Initial Pretrial Conference scheduled for Friday, May 1, 2026, is ADJOURNED *sine die*.  Defendants' deadline to answer or otherwise respond to the Complaint is **Friday, May 1, 2026**.  If Defendants fail to answer or otherwise respond to the Complaint, Plaintiff must move for default judgment not later than **Friday, May 15, 2026**.  Plaintiff is directed to **Attachment A** of the Undersigned's Individual Practices in Civil Cases for the Court's requirements for moving for default judgment.

SO ORDERED.

4/24/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE