USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/27/2026_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
ELIZABETH VALDEZ,                                    :
                                                     :
                              Plaintiff,             :
                                                     :
              -against-                              :        25-CV-10676 (VEC)
                                                     :
RSL 1590-1592 FIRST LLC AND APQ 1592                 :        ORDER
FIRST AVENUE NY, LLC,                                :
                                                     :
                              Defendants.            :
                                                     :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff initiated this action on December 23, 2025, *see* Compl., Dkt. 1;

WHEREAS on December 29, 2025, the Court scheduled the Initial Pretrial Conference

("IPTC") for May 1, 2026, and further ordered that, not later than April 8, 2026, the parties meet

and confer for at least one hour in a good-faith attempt to settle this case, *see* Dkt. 5;

WHEREAS on April 24, 2026, the Court adjourned the IPTC *sine die* and directed that

Defendants answer or otherwise respond to the Complaint not later than May 1, 2026, *see* Dkt.

10;

WHEREAS on April 30, 2026, Defendants jointly requested an extension of time to

respond to the Complaint, *see* Dkt. 11, which the Court granted on May 1, 2026, extending

Defendants' deadline to answer or otherwise respond to the Complaint to May 16, 2026, and

scheduling the IPTC for May 29, 2026, *see* Dkt. 13;

WHEREAS on May 15, 2026, Defendants separately answered the Complaint, *see* Dkts.

15, 17, and Defendant RSL 1590-1592 First LLC asserted various crossclaims against Defendant

APQ 1592 First Avenue NY, LLC, *see* Dkt. 15 ¶¶ 140–182; and

2

WHEREAS on May 21, 2026, in advance of the IPTC, the parties submitted a joint letter stating that they "have not yet had an opportunity to fully meet and confer consistent with" the Court's IPTC order and "intend to meet and confer . . . prior to the" IPTC, *see* Dkt. 18 at 2;

IT IS HEREBY ORDERED that the IPTC scheduled for Friday, May 29, 2026, is ADJOURNED *sine die*.  The Court will enter the parties' proposed case management plan by separate order.

IT IS FURTHER ORDERED that, not later than **Friday, May 29, 2026**, the parties must submit a joint letter, via ECF, explaining why they failed to comply with the Court's order that "[n]o later than April 8, 2026, the parties must meet and confer for at least one hour in a good-faith attempt to settle this case," *see* Dkt. 5 ¶ 4, or to otherwise request an adjournment of that obligation.


        **SO ORDERED.**

**Date:  May 27, 2026**　　　　　　　　　　　　　　　　 **VALERIE CAPRONI**
       **New York, New York**　　　　　　　　　　　**United States District Judge**